1

2

3

4

5

6                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
                                       AT TACOMA
7

8   DONALD GENE FARMER,

                        Petitioner,              CASE NO. C14-5450 BHS
9
    v.                                           ORDER ADOPTING REPORT
                                                 AND RECOMMENDATION
10
    MAGGIE MILLER-STOUT,
11
                        Respondent.
12

13          This matter comes before the Court on the Report and Recommendation ("R&R")

14  of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 14), and

15  Petitioner Donald Farmer's ("Farmer") objections to the R&R (Dkt. 15).

16          On August 15, 2014, Judge Strombom issued the R&R recommending that the

17  Court dismiss Farmer's petition as time-barred.  Dkt. 14.  On September 5, 2014, Farmer

18  filed objections.  Dkt. 15.  On September 17, 2014, the Government filed a response.

19  Dkt. 16.

20          The district judge must determine de novo any part of the magistrate judge's

21  disposition that has been properly objected to. The district judge may accept, reject, or

22

1 modify the recommended disposition; receive further evidence; or return the matter to the

2 magistrate judge with instructions.  Fed. R. Civ. P. 72(b)(3).

3       In this case, Farmer provides no valid basis for his objections.  The Court agrees

4 with Judge Strombom that Farmer's petition is time-barred by a significant amount of

5 time and that Farmer has failed to show that he is entitled to any tolling.  Therefore, the

6 Court having considered the R&R, Farmer's objections, and the remaining record, does

7 hereby find and order as follows:

8       (1)     The R&R is **ADOPTED**;

9       (2)     Farmer's petition is **DENIED**;

10       (3)     A Certificate of Appealability is **DENIED**; and

11       (4)     This action is **DISMISSED**.

12       Dated this 21st day of October, 2014.

13

14

                        BENJAMIN H. SETTLE

15                         United States District Judge

16

17

18

19

20

21

22